

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00707-CV

Stephen **WELLINGTON**,
Appellant

v.

Carrie Lynn **WELLINGTON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1769-CV
Honorable Robin V. Dwyer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's August 10, 2016 order denying appellant's Motion to Declare Order Void is AFFIRMED.

We ORDER that appellee, Carrie Lynn Wellington, recover her costs of this appeal from appellant, Stephen Wellington.

SIGNED January 24, 2018.

_____
Luz Elena D. Chapa, Justice